Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Lead Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYUN KIM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC., LISA T. SU and DEVINDER KUMAR, <br><br> Defendants. | Case No. 5:18-cv-00321-EJD <br><br> **AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** <br><br> **JURY TRIAL DEMANDED** |

Lead Plaintiffs Darrel Dagdigian and Howard Clark ("Plaintiffs"), individually and on behalf of all other persons similarly situated, by Plaintiffs' undersigned attorneys, for Plaintiffs' consolidated amended complaint against Defendants, allege the following based upon personal knowledge as to Plaintiffs and Plaintiffs' own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through Plaintiffs' attorneys, which included, among other things, a review of the Defendants' public documents, conference calls and announcements made by Defendants, United States Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding Advanced Micro Devices, Inc. ("AMD" or the "Company"), analysts' reports and advisories about the Company, interviews with former employees of AMD ("Confidential Witnesses" or "CWs"),

and information readily obtainable on the Internet.  Plaintiffs believe that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1.     This is a federal securities class action on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired common shares of AMD between June 29, 2017 and January 11, 2018, both dates inclusive (the "Class Period"). Plaintiffs seek to recover compensable damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder.

2.     Advanced Micro Devices, Inc. manufactures semiconductor products, which includes microprocessors, embedded microprocessors, chipsets, graphics, video and multimedia products. The Company offers its products worldwide.

3.     AMD is a competitor of Intel (the industry leader in microprocessors), competing with Intel and other processor manufacturers in the retail and commercial markets for desktop, notebook, mobile, and server processors.  In 2017, AMD launched its Ryzen family of x86 processors, as well as a new series of its EPYC server processors, which it promoted as a next generation of fast, secure microprocessors that would allow it to wrest market share from Intel.

4.     In June 2017, the Google Project Zero research team – a unit at Google formed to discover and mitigate security vulnerabilities in computer software and hardware – informed AMD of security vulnerabilities, known as Spectre, in AMD's processors. The Spectre vulnerabilities exploit fundamental characteristics of modern microprocessors, including AMD's,

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

and thus affect a wide variety of AMD's processors, including the Ryzen family. These vulnerabilities expose data on AMD's customers' devices to theft by hackers.

5.     Throughout the Class Period, Defendants failed to disclose the Spectre vulnerabilities, while at the same time promoting the security of its processors and warning of the risk of security vulnerabilities. Indeed, while the Company was making numerous public claims about its processors' security, the Company's engineers and industry partners were working behind, in secret, to attempt to mitigate the Spectre vulnerabilities.

6.     The truth about AMD's vulnerability to Spectre began to emerge on January 3, 2018, when the Google Project Zero team published a blog post identifying two variants of the Spectre vulnerability, and another vulnerability known as Meltdown. At the same time, a group of academic researchers published a paper confirming the Google Project Zero report, and indicating that AMD Ryzen processors, among others, were susceptible to both Spectre variants.

7.     AMD responded to the January 3, 2018 reports by acknowledging AMD's susceptibility to Spectre variant 1, but stating that there was a "near zero risk" that AMD's processors were affected by Spectre variant 2. Later, on January 11, 2018, AMD issued a statement, disclosing that its processors were susceptible to both Spectre variants, possibly necessitating both a processor microcode update and an OS patch. On this news, AMD's stock price dropped by $0.12 or 1%, causing Plaintiffs and the Class damages.

8.     By this action, Plaintiffs seek redress for losses they and other AMD investors suffered after purchasing common stock during the Class Period at artificially inflated prices.

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

**JURISDICTION AND VENUE**

9.     The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and §78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

10.     This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §1331 and §27 of the Exchange Act.

11.     Venue is proper in this Judicial District pursuant to §27 of the Exchange Act (15 U.S.C. §78aa) and 28 U.S.C. §1391(b). AMD's principal executive offices are located within this Judicial District.

12.     In connection with the acts, conduct and other wrongs alleged in this Amended Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities exchange.

**PARTIES**

13.     Plaintiff Dagdigian purchased AMD securities at artificially inflated prices during the Class Period and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein. Plaintiff Dagdigian's PSLRA certification is appended hereto as Exhibit A and incorporated in its entirety herein.

14.     Plaintiff Clark purchased AMD securities at artificially inflated prices during the Class Period and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein. Plaintiff Clark's PSLRA certification is appended hereto as Exhibit B and incorporated in its entirety herein.

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

15.     Defendant AMD is incorporated in Delaware, and the Company's principal executive offices are located at 2485 Augustine Drive, Santa Clara, California 95054. AMD's common stock trades on the NASDAQ under the ticker symbol "AMD."

16.     Defendant Lisa T. Su ("Su") has served as the Company's CEO, President and Director since October 2014.

17.     Defendant Devinder Kumar ("Kumar") has served at all relevant times as the Company's Chief Financial Officer ("CFO"), Senior Vice President and Treasurer.

18.     Defendants Su and Kumar are sometimes referred to- herein as the "Individual Defendants."

19.     The Individual Defendants possessed the power and authority to control the contents of AMD's SEC filings, press releases, and other market communications. The Individual Defendants were provided with copies of the Company's SEC filings and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or to cause them to be corrected. Because of their positions with the Company, and their access to material information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public, and that the positive representations being made were then materially false and misleading. The Individual Defendants are liable for the false statements and omissions pleaded herein.

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

## SUBSTANTIVE ALLEGATIONS

### Background

20.    AMD manufactures semiconductor products, including microprocessors, embedded microprocessors, chipsets, graphics, video and multimedia products. The Company offers its products worldwide.

21.    AMD manufactures processors for desktop and notebook computers, as well as mobile devices, for the retail market.  AMD also offers desktop and notebook solutions for commercial clients, and manufactures microprocessors to be used in server platforms.

22.    A microprocessor is an integrated circuit (a semiconductor device consisting of many interconnected transistors on a single circuit) that forms the central processing unit ("CPU") of a computer.

23.    AMD sells its processors to a variety of consumer segments, including original equipment manufacturers ("OEM's"), large direct datacenters, original design manufacturers ("ODM's"), system integrators and independent distributors in both domestic and international markets.

24.    AMD competes with companies such as Intel Corporation ("Intel," far and away the leader in market share) and ARM Holdings ("ARM") in the x86 microprocessor market. Beginning in March 2017 and continuing throughout the year, AMD launched its family of Ryzen CPU's designed for desktop and notebook platforms. As the Company described in its Annual Report on form 10-K for the year ended December 31, 2017 (the "2017 10-K"):

> In April 2017, we launched all four models of our high performance AMD Ryzen™ 5 desktop processors at a variety of price points with up to 6 cores and 12 threads of CPU processing. We released two models of our AMD Ryzen™ 3 desktop processors in July 2017, both of which have 4 cores and 4 threads and are designed to bring "Zen" processing power to mainstream price points. In

5

August 2017, we launched the Ryzen™ Threadripper™ family of high-end desktop processors. Ryzen Threadripper is also built around the "Zen" x86 core architecture, delivers up to 16 CPU cores and utilizes the Socket TR4 platform for greatly expanded I/O capabilities for enthusiasts and workstations.

25.     In June 2017, AMD launched the EPYC 7000 series of chips, utilizing the same "Zen" core technology as its new Ryzen microprocessors.  The EPYC series microprocessors are designed for use in server platforms.

26.     In the year ending December 31, 2016, AMD reported $1.96 billion in revenue from its computing and graphics segment (including among other things its desktop and notebook processors), and $2.31 billion in revenue from its enterprise, embedded, and semi-custom segment (including its server processors).  For the year ending December 31, 2017, total revenue increased by $1.05 billion, a 25% increase, driven by increased revenue from the computing and graphics segment, including the new Ryzen CPU's.

27.     The launch of the various Ryzen chips throughout 2017 and into 2018 was a key driver of AMD's success. In its press release dated May 1, 2017, announcing its earnings for the quarter ending March 31, 2017, the Company reported an 18% revenue growth year-over-year, which, according to Defendant Su, was "driven by strong demand for our high performance Ryzen CPUs as well as graphics processors."

28.     In its conference call with analysts to discuss the 1Q 2017 earnings, Defendant Su emphasized in an exchange with John William Pitzer of Credit Suisse, that she viewed the Ryzen series of processors as the Company's future in the computing and graphics segment:

> **Q:** Yes. Just quickly, Lisa, given that mix is now becoming quite important in trying to understand gross margin, I'd be kind of curious, what percent of your compute business in the March quarter was based on Ryzen? And I guess, if you assume that all of it transitions to Ryzen eventually, had that occurred in the March

quarter, can you give us an understanding of how much better gross margins would have been? And then I have a follow-up.

**A:** All right, John, that might be hard for me to answer very specifically. But let me give you the high-level view. So, look, we started selling Ryzen on March 2, and a good piece of it was basically for us positioning into the distributors. We take revenue on a sellout model, and so you should think about -- although we shipped a number of Ryzens, we didn't necessarily revenue them all in the quarter, just given that we're on a sellout model for our revenue recognition. In terms of where we are in the transition, Ryzen, non-Ryzen, we still have a long ways to go. I mean, the way you should think about it is Ryzen 7 was at the very high end. We're going to -- Ryzen 5 has started, we have Ryzen 3 that will come next and then we have the entire mobile portfolio as well. So it will take us through this year to really transition the majority of the product over to Ryzen. I think everything that we've seen, the ASP uplifts are definitely very beneficial. And so we're pleased with sort of the pricing that we're commanding for the product and the reception for the product. So I think it's just that it will take us a couple quarters to transition the overall portfolio over to Ryzen.

29.    By the end of 2017, the Ryzen series of processors had become an even more dominant segment of AMD's business.  In the Company's conference call to discuss Q4 2017 and full year 2017 earnings, Defendant Su had the following exchange with John William Pitzer, an analyst with Credit Suisse:

Q: Lisa, while the year-over-year gross margin improvement has been strong both in the calendar sort of third quarter, fourth quarter and now on the guide in the first quarter, the sequential gross margin leverage is perhaps a little bit less than I would have thought, especially as you move into Q4 and Q1 and semi-custom comes down. Now I know there's been sort of a lag effect as Ryzen grows as a percent of the mix, but maybe you can help me understand where we are as far as Ryzen as a percent of the mix being a positive influence on gross margin. And then just relative to your long-term gross margin target of 40% to 44%, how far does Ryzen get you before you become more dependent on EPYC ramps later this year into 2019 and beyond?

A: Sure. So a lot of different questions there, John. Let me try to unpack it there. So let's talk about sort of Ryzen and sort of the margin both Q4 and Q1. ***On the Ryzen -- to give you sort of a flavor***

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

*of where we are in terms of the new product ramp, Ryzen Q4 was probably in the high 40s percentage of our overall client business, and we expect that, that will be over 50% starting in the first quarter of 2018.* And so that ramp definitely helps, and it's part of our sequential 100 basis point improvement from Q4 to Q1. I think in terms of overall new product revenues, if you take Ryzen, EPYC and then our new graphics products in totality, in Q4, they were about 33% of our revenue, and we expect that to ramp nicely as we go into 2018. (Emphasis added).

30.     A report on Forbes' Great Speculations blog dated August 24, 2017 reflects the market's optimism about AMD based on its new product launches:

Global semiconductor sales jumped 22.6% year-on-year in May 2017, reaching $31.9 billion. This bodes well for all players, including AMD. With the timely launch and adoption of Ryzen, AMD can capitalize on the growing demand. A reputed CPU benchmark site has reported that the share of AMD processors being submitted for performance benchmark testing has jumped significantly this year. This, coupled with the observed growth in AMD's computing and graphics division in Q2 2017, gives us reason to believe that AMD is making a meaningful comeback.

*This improvement can be attributed to its launch of Ryzen CPUs, which have shown some promise of delivering competitive power at a relatively lower cost. The company's Ryzen Threadripper CPU aimed at high performance applications could potentially help it chip away Intel's share further.* AMD stated during its second quarter earnings call that all major original equipment manufacturers (OEMs) have announced Ryzen-based desktop systems, and the company expects to see a further sales boost in the holiday season. What's encouraging to see is that Ryzen's ramp up led to a nearly 30% increase in average selling prices for AMD. This suggests that customers are placing an emphasis on higher computing power. AMD still generally has a price advantage over Intel, and improvements in computing power can help it capture additional share.

31.     In its Annual Report on Form 10-K for the year ended December 31, 2016, filed with the SEC on February 21, 2017, AMD disclosed to investors the risk that its processors could suffer from "vulnerabilities" in their security. This, the Company disclosed could subject it "to

8

potential claims for damages resulting from loss of data from alleged vulnerabilities in the security of our processors.

32.    AMD touted the security of its processors, including the Ryzen series, both before and during the Class Period.  For example, a review of the Ryzen PRO processors, posted on June 29, 2017, contains the following, in relevant part:

> AMD has also gone all-in on security for the new chips, as more and more companies migrate their business processes online.
>
> "We're looking at what other facets IT professionals or corporate customers look for when they're evaluating a solution," said Chuck Schalm, AMD product marketing manager, commercial client, "and almost always, security is up there."
>
> "Security is going to be one of the big pillars within AMD," he added, "and it's only going to get more important as companies move more intellectual property or data into their computing environments."
>
> The new Ryzen Pro chips all come with a dedicated security processor within the CPU, allowing for more thorough and powerful protection.
>
> This includes a secure memory encryption service which is entirely managed by this dedicated processor, meaning the CPU doesn't have to contribute resources to the built-in AES 128-bit encryption engine. There's also AMD's "secure boot" process, which kicks in when the device starts up, allowing the security co-processor to check and make sure the device's BIOS is still working correctly, before the CPU has even started up.[1]

33.    Similarly, AMD, in a press release dated June 29, 2017 announcing the launch of its Ryzen PRO desktop processors, stated as follows:

> Targeted for enterprise and public sector implementations, ***Ryzen PRO processors offer state-of-the-art silicon-level security, providing hardware-based cryptographic and security technologies to help protect against an ever-growing number of***

---

[1]    https://www.itproportal.com/news/amd-ryzen-pro-could-be-the-intel-alternative-your-laptop-needs/

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

*threats*. Security standards like secure boot, fTPM (firmware Trust Platform Module), AES, and Windows® 10 Enterprise security features are fully supported across the entire Ryzen PRO processor family. (Emphasis added).

34.     AMD also touted the security features of its new EYPC processors. In a video demonstrating a feature of the EPYC processors called "Secure Encrypted Virtualization," AMD engineers assured viewers that "private customer data can be protected at all times, including when it is present in a machine on the cloud."[2]

35.     In computer systems, a vulnerability is a weakness a threat actor, such as a hacker, can exploit to gain unauthorized access to and perform actions within a computer system. To exploit a vulnerability, an attacker must have at least one applicable tool or technique that can connect to a system weakness. A vulnerability with one or more known instances of working and fully implemented attacks is classified as an exploitable vulnerability—a vulnerability for which an exploit exists. The window of vulnerability is the time from when the security hole was introduced or manifested in deployed software, to when access was removed, a security fix was available/deployed, or the attacker was disabled.

36.     With respect to security vulnerabilities, AMD was vigilant. For example, on March 12, 2018, AMD disclosed that it had "received a communication from CTS Labs regarding research into security vulnerabilities involving some AMD products. Less than 24 hours later, the research firm went public with its findings." Generally, AMD continued, "[s]ecurity and protecting users' data is of the utmost importance to us at AMD and we have worked rapidly to assess this security research and develop mitigation plans where needed."[3]

---

[2] https://youtu.be/qgiUuTmXyGs.

[3] https://community.amd.com/community/amd-corporate/blog/2018/03/21/initial-amd-technical-assessment-of-cts-labs-research.

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

### *Google Project Zero*

37.     In July, 2014, because of its general concern about securing its own products and in making the internet safer, Google established a full-time security team called "Project Zero." According to Google, users "should be able to use the web without fear that a criminal or state-sponsored actor is exploiting software bugs to infect your computer, steal secrets or monitor your communications." Google was concerned about "sophisticated attacks," in which it saw "the use of 'zero-day' vulnerabilities to target, for example, human rights activists or to conduct industrial espionage."[4] Google established Project Zero as its contribution to stop such attacks, reducing the number of persons that such targeted attacks harms.[5]

38.     According to Google, it committed its Project Zero to transparency and a cooperative relationship with vendors:

> Every bug we discover will be filed in an external database. We will only report bugs to the software's vendor—and no third parties. Once the bug report becomes public (typically once a patch is available), you'll be able to monitor vendor time-to-fix performance, see any discussion about exploitability, and view historical exploits and crash traces. We also commit to sending bug reports to vendors in as close to real-time as possible, and to working with them to get fixes to users in a reasonable time.[6]

39.     Reporting on Project Zero, *Wired* described Google's response to discovering vulnerabilities. Google intended to "alert the company responsible for a fix and give it between 60 and 90 days to issue a patch before publicly revealing the flaw on the Google Project Zero

---

[4]  A zero-day (also known as 0-day) vulnerability is a computer-software vulnerability that is unknown to those who would be interested in mitigating the vulnerability (including the vendor of the target software). Until the vulnerability is mitigated, hackers can exploit it to adversely affect computer programs, data, additional computers or a network. An exploit directed at a zero-day is called a zero-day exploit**,** or zero-day attack**.**

[5] https://security.googleblog.com/2014/07/announcing-project-zero.html

[6] https://security.googleblog.com/2014/07/announcing-project-zero.html.

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

blog." Wired continued that "where the bug is being actively exploited by hackers, Google says it will move much faster, pressuring the vulnerable software's creator to fix the problem or find a workaround in as little as seven days." Google's Chris Evans stated, "[i]t's not acceptable to put people at risk by taking too long or not fixing bugs indefinitely."[7]

40.     According to *TechTarget*, in February, 2015, Project Zero altered its disclosure policy "after it inadvertently caused controversy within the security community by automatically disclosing a security flaw in Windows 8, even though Microsoft had notified Google they were about to release a patch to fix the problematic code."[8] Google altered the policy to enable a human being to intervene to avoid automatic disclosure so long Google receives word that the affected vendor will timely release a patch during the "grace period."[9]

### *The Spectre Vulnerability*

41.     On January 3, 2018, Project Zero published a report, identifying a new security vulnerability affecting certain processors that Intel and AMD manufactured. The report, entitled "Reading privileged memory with a side-channel,"[10] by Jann Horn, described the three variants of this vulnerability that Horn had discovered: Spectre, variant 1 (bounds check bypass) and variant 2 (branch target injection); and Meltdown, variant 3 (rogue data cache load). A separate paper from a group of academics led by Paul Kocher,[11] working independently from Project Zero, generally confirmed Project Zero's conclusions. According to the reports from Horn and Kocher, this vulnerability could allow outside parties to gain unauthorized access to areas of a computer's

---

[7] https://www.wired.com/2014/07/google-project-zero/.

[8] https://searchsecurity.techtarget.com/definition/Google-Project-Zero.

[9] https://searchsecurity.techtarget.com/definition/Google-Project-Zero.

[10] https://googleprojectzero.blogspot.com/2018/01/reading-privileged-memory-with-side.html

[11] Paul Kocher, et al., SPECTRE ATTACKS: EXPLOITING SPECULATIVE EXECUTION, at https://arxiv.org/pdf/1801.01203.pdf (last accessed July 30, 2018).

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

memory, including the "kernel," which connects application software to the CPU and other computer hardware. The kernel, among other things, prevents data in one program or application from being read by another program or application.

42.     Spectre attacks work by exploiting the normal operation of most modern processors. CPUs manufactured by AMD (and Intel, and other chip manufacturers), employ a technique known as "speculative execution." To improve processor speed, AMD's processors execute sets of instructions that it predicts will be needed in the future. As one tech writer explains, "[m]odern CPUs are all pipelined, which means they're capable of executing multiple instructions in parallel, as shown in the diagram below:"



Figure 1: Example of 4-stage pipeline. The colored boxes represent instructions independent of each other

Imagine that the green block represents an if-then-else branch. The branch predictor calculates which branch is more likely to be taken,

13

fetches the next set of instructions associated with that branch, and begins speculatively executing them before it knows which of the two code branches it'll be using. In the diagram above, these speculative instructions are represented as the purple box. If the branch predictor guessed correctly, then the next set of instructions the CPU needed are lined up and ready to go, with no pipeline stall or execution delay.

Without branch prediction and speculative execution, the CPU doesn't know which branch it will take until the first instruction in the pipeline (the green box) finishes executing and moves to Stage 4. Instead of having moving straight from one set of instructions to the next, the CPU has to wait for the appropriate instructions to arrive. This hurts system performance, since it's time the CPU could be performing useful work.

The reason its "speculative" execution, of course, is because the CPU might be wrong. If it is, the system loads the appropriate data and executes those instructions instead. But branch predictors aren't wrong very often; accuracy rates are typically above 95 percent.[12]

43.     In essence, Spectre attacks take advantage of the processor's use of speculative execution by using a seemingly innocuous program to gain access to secure information in the kernel.

Both the Meltdown and Spectre exploits can be used by malicious users to get at sensitive data stored in the memory of other running programs — everything from passwords and credit card information to emails and photographs. And unlike traditional malware which operates like an application, kernel exploits can't be seen by antivirus software or in system logs. We know that these vulnerabilities exist, but so far there's no way to know if anyone has actually used them. It's legitimately scary stuff.
…
**So Meltdown and Spectre allow people to see my credit card information?**

Yep! Or really anything you enter into your computer's memory — which is to say, anything you do on your computer. Passwords, credit card numbers, Social Security numbers, you name it. Neither Meltdown nor Spectre allow a bad actor to change anything on your

---

[12] Joel Hruska, "What is Speculative Execution?" ExtremeTech, January 10, 1018.

computer; someone can't infect your computer with malware or install a keylogger. But they can glean enough information that they could later use to install malware on your computer, or just grab personal information that you'd probably rather not have out in the wild.[13]

44.     While initial reports suggested that Meltdown was the more serious of the three variants, as it potentially completely breaks down the mechanism keeping applications from accessing arbitrary system memory,[14] many tech commentators expressed concern that Spectre could end up being a more difficult long-term fix.[15]

> Spectre will ultimately end up being the bigger issue. While Meltdown can be patched via a software update and only affected Intel chips and possibly ARM chips, Spectre affects Intel, AMD, and ARM chips, and can't be completely fixed via a software patch. You can patch against known exploits for Spectre, but those can only be done on a case-by-case basis. This means the only way to completely fix the problem is a hardware update — that is to say, replacing the processor itself. For consumers who tend to cycle through devices somewhat regularly this is a hassle but will go away over time, but large, slow-moving organizations (which tend to be the big juicy targets for hacks like this) take a lot longer to cycle through their hardware. The effects of Spectre could be felt for decades.[16]

45.     The Project Zero report stated that its research had included tests on multiple AMD processors: the AMD FX-8320, and the AMD PRO A8-9600 R7.  The Project Zero team confirmed in its report that the AMD chips tested had demonstrated vulnerabilities to Spectre variant 1.  The report is silent, however, as to whether the team had tested AMD processors for Spectre variant 2.

---

[13] Jake Swearingen, "Nearly Every Computer Made Since 1995 Is Dangerously Flawed. Here's What You Need to Know," Select All, January 4, 2018 (emphasis added)

[14] Meltdown and Spectre, at https://meltdownattack.com/ (last accessed July 30, 2018).

[15] *Id.* ("As it is not easy to fix, it will haunt us for quite some time").

[16] Swearingen

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

46.     The Kocher article, however, describes the vulnerability of AMD processors (including the Ryzen) to both Spectre variants. Specifically, the Kocher team found that all of the CPUs it tested, including the AMD Ryzen processor, were vulnerable to Spectre variant 1. With respect to variant 2, Kocher et al. state that "we observed the indirect branch poisoning on multiple x86 processor architectures, including … AMD Ryzen." In other words, the team observed a vulnerability to Spectre variant 2 in AMD Ryzen processors.

47.     In its report identifying the Spectre and Meltdown vulnerabilities, Project Zero stated that it had notified AMD of these crucial security flaws on June 1, 2017. At no point prior to the publication of the Google Project Zero report on January 3, 2018, however, did AMD disclose the existence of the Spectre vulnerability to the market.

## FALSE AND MISLEADING STATEMENTS
## DURING THE CLASS PERIOD

48.     On June 29, 2017 Defendants issued a press release[17] and accompanying presentation, introducing the Ryzen PRO desktop processor. According to the Company, it designed the Ryzen PRO "to meet the demands of today's compute-intensive workplace[.] Ryzen PRO desktop processors," the Company continued, "will bring reliability, security and performance to enterprise desktops worldwide." With respect to security, Defendants stated:

> Targeted for enterprise and public sector implementations, Ryzen PRO processors offer state-of-the-art silicon-level security, providing hardware-based cryptographic and security technologies to help protect against an ever-growing number of threats. Security standards like secure boot, fTPM (firmware Trust Platform Module), AES, and Windows 10 Enterprise security features are fully supported across the entire Ryzen PRO processor family.

---

[17] https://www.techarp.com/computer/amd-ryzen-pro-processor/3/.

49.     In addition, Defendants included in the presentation a slide about the security or Ryzen PRO.[18] Among other security features, Defendants boasted of "transparent secure memory encryption," stating that Ryzen PRO "provides OS and application independent DRAM encryption without requiring software modifications" in addition to "low performance impact." More, Ryzen PROT had a "secure boot process that, according to Defendants was an "Industry Standard Secure Boot" that "secures BIOS from the moment of power on." Defendants continued that AMD designed Ryzen PRO "to secure system before threats have an opportunity to penetrate the system."

50.     The foregoing statements were false and misleading because no later than early June, 2017, Defendants knew or recklessly disregarded that the risk of processor vulnerability had materialized with respect to vulnerabilities in the security of AMD processors, including Ryzen PRO. Early in June, 2017, Project Zero alerted AMD that its processors were susceptible to the Spectre vulnerability, leaving the owners of its chips in danger of having their personal and confidential information misappropriated.  Defendants further knew that AMD would necessarily incur additional costs to develop and distribute patches to allow its users to guard against the Spectre vulnerability.

51.     On July 25, 2017, AMD filed with the SEC a Current Report on Form 8-K, attaching as Exhibit 99.1 a press release it issued that day. Titled "AMD Reports Second Quarter 2017 Financial Results," the press release disclosed AMD's results for the quarter ended July 1, 2017. In addition, Defendants attached as Exhibit 99.2 to the Form 8-K commentary on AMD's second quarter, 2017, results. In both the press release and the CFO commentary on AMD's second quarter results, Defendants included a "Cautionary Statement," stating, in relevant part,

---

[18] https://www.techarp.com/computer/amd-ryzen-pro-processor/3/#jp-carousel-13820.

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

1
2
3

"Investors are urged to review in detail the risks and uncertainties in AMD's Securities and Exchange Commission filings, including but not limited to AMD's Quarterly Report on Form 10-Q for the quarter ended April 1, 2017."

4
5
6
7
8
9
10

52.   In the Quarterly Report on Form 10-Q for the quarter ended April 1, 2017, filed with the SEC on May 8, 2017,[19] Defendants disclosed in Item 1A – Risk Factors, stating, "[i]f any of the following risks actually occurs, our business, financial condition or results of operations could be materially adversely affected. In addition, you should consider the interrelationship and compounding effects of two or more risks occurring simultaneously." In relevant part, Defendants warned of the following risk:

11
12
13

***Data breaches and cyber-attacks could compromise our intellectual property or other sensitive information, be costly to remediate and cause significant damage to our business and reputation.***

14
15
16
17
18
19
20
21
22

In the ordinary course of our business, we maintain sensitive data on our networks, including our intellectual property and proprietary or confidential business information relating to our business and that of our customers and business partners. The secure maintenance of this information is critical to our business and reputation. We believe that companies have been increasingly subject to a wide variety of security incidents, cyber-attacks, hacking and phishing attacks, and other attempts to gain unauthorized access. These threats can come from a variety of sources, all ranging in sophistication from an individual hacker to a state-sponsored attack. Cyber threats may be generic, or they may be custom-crafted against our information systems. Cyber-attacks have become increasingly more prevalent and much harder to detect and defend against. Our network and storage applications, as

23
24
25
26
27
28

[19] Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002, both Defendants Su and Kumar certified, in relevant part, that "this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report." In addition, pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, both Defendants Su and Kumar certified, in relevant part, that "the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company."

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

well as those of our customers, business partners, and third party providers, may be subject to unauthorized access by hackers or breached due to operator error, malfeasance or other system disruptions. It is often difficult to anticipate or immediately detect such incidents and the damage caused by such incidents. These data breaches and any unauthorized access, misuse or disclosure of our information or intellectual property could compromise our intellectual property and expose sensitive business information. ***Cyber-attacks on us or our customers, business partners or third party providers could also cause us to incur significant remediation costs, result in product development delays, disrupt key business operations and divert attention of management and key information technology resources.*** These incidents could also subject us to liability, expose us to significant expense and cause significant harm to our reputation and business. ***In addition, we could be subject to potential claims for damages resulting from loss of data from alleged vulnerabilities in the security of our processors.*** (Emphasis added).

53. The foregoing statements were false and misleading because no later than early June, 2017, Defendants knew or recklessly disregarded that the risk of processor vulnerability had materialized with respect to vulnerabilities in the security of AMD processors. Early in June, 2017, Project Zero alerted AMD that its processors were susceptible to the Spectre vulnerability, leaving the owners of its chips in danger of having their personal and confidential information misappropriated. Defendants further knew that AMD would necessarily incur additional costs to develop and distribute patches to allow its users to guard against the Spectre vulnerability.

54. On August 3, 2017, AMD filed its quarterly report on Form 10-Q for the quarter ending June 30, 2017 (the August 3 10-Q").[20] In the August 3 10-Q, Defendants disclosed in Item 1A – Risk Factors, the following risk factors, in relevant part:

---

[20] Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002, both Defendants Su and Kumar certified, in relevant part, that "this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report." In addition, pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, both Defendants Su and Kumar certified, in relevant part, that "the information contained in the

***Data breaches and cyber-attacks could compromise our intellectual property or other sensitive information, be costly to remediate and cause significant damage to our business and reputation.***

In the ordinary course of our business, we maintain sensitive data on our networks, including our intellectual property and proprietary or confidential business information relating to our business and that of our customers and business partners. The secure maintenance of this information is critical to our business and reputation. We believe that companies have been increasingly subject to a wide variety of security incidents, cyber-attacks, hacking and phishing attacks, and other attempts to gain unauthorized access. These threats can come from a variety of sources, all ranging in sophistication from an individual hacker to a state-sponsored attack. Cyber threats may be generic, or they may be custom-crafted against our information systems. Cyber-attacks have become increasingly more prevalent and much harder to detect and defend against. Our network and storage applications, as well as those of our customers, business partners, and third party providers, may be subject to unauthorized access by hackers or breached due to operator error, malfeasance or other system disruptions. It is often difficult to anticipate or immediately detect such incidents and the damage caused by such incidents. These data breaches and any unauthorized access, misuse or disclosure of our information or intellectual property could compromise our intellectual property and expose sensitive business information. ***Cyber-attacks on us or our customers, business partners or third party providers could also cause us to incur significant remediation costs, result in product development delays, disrupt key business operations and divert attention of management and key information technology resources.*** These incidents could also subject us to liability, expose us to significant expense and cause significant harm to our reputation and business. ***In addition, we could be subject to potential claims for damages resulting from loss of data from alleged vulnerabilities in the security of our processors.*** (Emphasis added).

55.    The foregoing statements were false and misleading because no later than early June, 2017, Defendants knew or recklessly disregarded that the risk of processor vulnerability

---

Report fairly presents, in all material respects, the financial condition and results of operations of the Company."

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

had materialized with respect to vulnerabilities in the security of AMD processors. Early in June, 2017, Project Zero alerted AMD that its processors were susceptible to the Spectre vulnerability, leaving the owners of its chips in danger of having their personal and confidential information misappropriated.  Defendants further knew that AMD would necessarily incur additional costs to develop and distribute patches to allow its users to guard against the Spectre vulnerability.

56.     On November 2, 2017, AMD filed its quarterly report on Form 10-Q for the quarter ending September 30, 2017 (the November 2 10-Q").[21] In the November 2 10-Q, the Company disclosed in Item 1A – Risk Factors, the following risk factors, in relevant part:

> ***Data breaches and cyber-attacks could compromise our intellectual property or other sensitive information, be costly to remediate and cause significant damage to our business and reputation.***
>
> In the ordinary course of our business, we maintain sensitive data on our networks, and also may maintain sensitive information on our business partners' and third party providers' networks, including our intellectual property and proprietary or confidential business information relating to our business and that of our customers and business partners. The secure maintenance of this information is critical to our business and reputation. We believe that companies have been increasingly subject to a wide variety of security incidents, cyber-attacks, hacking and phishing attacks, and other attempts to gain unauthorized access. These threats can come from a variety of sources, all ranging in sophistication from an individual hacker to a state-sponsored attack. Cyber threats may be generic, or they may be custom-crafted against our information systems. Cyber-attacks have become increasingly more prevalent and much harder to detect and defend against. Our network and storage applications, as well as those of our customers, business

---

[21] Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002, both Defendants Su and Kumar certified, in relevant part, that "this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report." In addition, pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, both Defendants Su and Kumar certified, in relevant part, that "the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company."

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

partners, and third party providers, may be subject to unauthorized access by hackers or breached due to operator error, malfeasance or other system disruptions. It is often difficult to anticipate or immediately detect such incidents and the damage caused by such incidents. These data breaches and any unauthorized access, misuse or disclosure of our information or intellectual property could compromise our intellectual property and expose sensitive business information. ***Cyber-attacks on us or our customers, business partners or third party providers could also cause us to incur significant remediation costs, result in product development delays, disrupt key business operations and divert attention of management and key information technology resources.*** These incidents could also subject us to liability, expose us to significant expense and cause significant harm to our reputation and business. ***In addition, we could be subject to potential claims for damages resulting from loss of data from alleged vulnerabilities in the security of our processors.***

57.     The foregoing statements were false and misleading because, no later than early June, 2017, Defendants knew or recklessly disregarded that the risk of processor vulnerability had materialized with respect to vulnerabilities in the security of AMD processors. AMD had known since at least June 1, 2017 that its processors were susceptible to the Spectre vulnerability, leaving the owners of its chips in danger of having their personal and confidential information misappropriated.  Defendants further knew that AMD would necessarily incur additional costs to develop and distribute patches to allow its users to guard against the Spectre vulnerability.

## AMD'S PARTIAL DISCLOSURE TO THE MARKET

58.     On January 3, 2018, in response to the publication of the Project Zero report, AMD posted statement on a section of its website entitled "AMD Processor Security," as follows:[22]

There has been recent press coverage regarding a potential security issue related to modern microprocessors and speculative execution. Information security is a priority at AMD, and our security architects follow the technology ecosystem closely for new threats.

---

[22] https://www.amd.com/en/corporate/speculative-execution (last accessed July 30, 2018).

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

It is important to understand how the speculative execution vulnerability described in the research relates to AMD products, but please keep in mind the following:

- The research described was performed in a controlled, dedicated lab environment by a highly knowledgeable team with detailed, non-public information about the processors targeted.

- The described threat has not been seen in the public domain.

When AMD learned that researchers had discovered a new CPU attack targeting the speculative execution functionality used by multiple chip companies' products, we immediately engaged across the ecosystem to address the teams' findings.

The research team identified three variants within the speculative execution research. The below grid details the specific variants detailed in the research and the AMD response details.

**Variant / AMD Response Matrix**

| | Google Project Zero (GPZ) Research Title | Details |
|---|---|---|
| Variant One | Bounds Check Bypass | Resolved by software / OS updates to be made available by system vendors and manufacturers. Negligible performance impact expected. |
| Variant Two | Branch Target Injection | Differences in AMD architecture mean ***there is a near zero risk of exploitation of this variant***. Vulnerability to Variant 2 has not been demonstrated on AMD processors to date. |
| Variant Three | Rogue Data Cache Load | Zero AMD vulnerability due to AMD architecture differences. |

59.     Also on January 3, 2018, a spokesperson for AMD advised investors that while AMD's processors were vulnerable to one variant of Spectre, a "near zero risk" of vulnerability to the second Spectre variant existed.

60.     The foregoing was false and misleading. With actual knowledge that AMD chips were vulnerable to Spectre, Variant Two, and that the Kocher article discussed that the authors had observed Variant Two on AMD's new Ryzen processors, Defendants assessed the risk of

exploitation as near Zero. Instead, while possibly "difficult to exploit," Defendants knew or recklessly disregarded that the risk of exploitation from Variant Two was material, even if not high, requiring them to offer consumers processor microcode updates and OS patches.

61.    On the positive news that AMD had resolved Spectre Variant One with software and OS updates that would not impact performance, the near zero risk of exploitation from Variant Two, and that AMD processors were not vulnerable to Meltdown, the price of AMD common stock rose from a close on January 2, 2018 of $10.98 to a close on January 3, 2018 of $11.55 on relatively high volume of 154 million shares traded.

62.    On January 8, 2018 at 11:16 a.m., Defendant Su appeared on the CNBC network.[23] During colloquy with host "John Fortt about the current security risks around high-performance chips and how it is affecting [AMD] and consumers, Su stated:

> Su: Security is one of those things, as a tech company CEO, this is job one for us. . . . When we have high performance processors, security is job one. And last week, several research groups did talk about some new security vulnerabilities that affect high performance processors, and I have to say, John, as an industry, we have taken this very, very seriously. So over the past six months, I think us, some of our peers, our operating system partners have all been looking at this research that has come out. And so it's around modern day microprocessors and the idea that as you execute some instructions, there may be some vulnerabilities that come up in the architecture. And as it turns out, you know very well, these processors are billions of transistors, so billions of transistors, and each architecture is affected slightly differently in terms of how it operates. So you may have heard some of the terms. Meltdown and Spectre, yes. It's amazing how many people are talking about those things. I would say first, around Meltdown, what we've seen in this particular vulnerability is it doesn't affect AMD's architecture. It's just the way we've chosen to implement some of these instructions in our architecture.

---

[23]  https://www.cnbc.com/video/2018/01/08/amd-ceo-security-is-job-one-for-high-performance-processors.html.

Fortt: Did you specifically build it that way to avoid that problem or does it just happen that the way you architected it that happens not to be on the table.

Su: You know, it turns out that when you're building these architectures, you have a lot of decisions you make. And you make these decisions for performance reasons, for security reasons. I think in this particular case, we've implemented differently. We think our implementation is a strong implementation, and it doesn't happen to be susceptible to Meltdown.

Fortt: But did you do it for security reasons?

Su: I would say we did it for a whole host of reasons. So that's for sure. And so moving to the other security conversation around Spectre, you know this one is actually a little broader. You know it does affect our processors as well as others. There are a couple variants in there. The first variant is one that we believe, as an industry, we're doing a very good job in coming together. And so the operating system vendors are actually putting some mitigations in place. And that, we think, is a strong solution.

Fortt: And that's the one where people are concerned about how much you might have to throttle the processor in order to make it safe. There were some initial reports out that it might be as much as 30% from some applications, but Apple and others seem to be saying, hey don't worry, it won't be that much.

Su: Yeah, and I think some of those numbers are around Meltdown. Some of them were around Spectre. But to be fair, I think it's very application dependent and very processor dependent. And so I do believe that there are good mitigations in place. I do believe that there are some workloads that you might see larger performance variance. But on this particular Spectre one, we feel that the performance will be small.

Fortt: And the second Spectre variant?

Su: And the second Spectre variant is one that, again, due to some of our architectural differences, from and AMD side, ***we think it's rare***. I think, we think, it's difficult to access, you know, out in real world applications. But, I got to tell you, John, I said security is job one for us. We're being very vigilant. We are working with all of our partners. And we're going to continue to, you know, watch this space as it goes forward. (Emphasis added).

63.     The foregoing was false and misleading. With actual knowledge that AMD chips were vulnerable to Spectre, Variant Two, and that the Kocher article discussed that the authors had observed Variant Two on AMD's new Ryzen processors, Su assessed the risk of exploitation as "rare." Instead, while possibly "difficult to access," Defendants knew or recklessly disregarded that the risk of exploitation from Variant Two was material, even if not high, requiring them to offer consumers processor microcode updates and OS patches

64.     On January 8, 2018, AMD common stock opened at $12.01, but closed up $0.27 at $12.28 after Su's CNBC appearance.

## AMD REVEALS THE TRUTH

65.     On January 11, 2018, however, AMD issued a post-market press release entitled "An Update on AMD Processor Security," acknowledging that its chips were, in fact, susceptible to both variants of the Spectre security flaw. The press release stated in relevant part:

> The public disclosure on January 3rd that multiple research teams had discovered security issues related to how modern microprocessors handle speculative execution has brought to the forefront the constant vigilance needed to protect and secure data. These threats seek to circumvent the microprocessor architecture controls that preserve secure data.
>
> At AMD, security is our top priority and we are continually working to ensure the safety of our users as new risks arise. As a part of that vigilance, I wanted to update the community on our actions to address the situation.
>
> - ***Google Project Zero (GPZ) Variant 1 (Bounds Check Bypass or Spectre) is applicable to AMD processors.***
>
>   - We believe this threat can be contained with an operating system (OS) patch and we have been working with OS providers to address this issue.
>
>   - Microsoft is distributing patches for the majority of AMD systems now. We are working closely with them to correct an issue that paused the distribution of

26

patches for some older AMD processors (AMD Opteron, Athlon and AMD Turion X2 Ultra families) earlier this week. We expect this issue to be corrected shortly and Microsoft should resume updates for these older processors by next week. For the latest details, please see Microsoft's website.

- Linux vendors are also rolling out patches across AMD products now.

- **GPZ Variant 2 (Branch Target Injection or Spectre) is applicable to AMD processors.**

  - While we believe that AMD's processor architectures make it **difficult to exploit Variant 2, we continue to work closely with the industry on this threat**. We have defined **additional steps through a combination of processor microcode updates and OS patches that we will make available to AMD customers and partners to further mitigate the threat**.

  - AMD will make optional microcode updates available to our customers and partners for Ryzen and EPYC processors starting this week. We expect to make updates available for our previous generation products over the coming weeks. These software updates will be provided by system providers and OS vendors; please check with your supplier for the latest information on the available option for your configuration and requirements.

  - Linux vendors have begun to roll out OS patches for AMD systems, and we are working closely with Microsoft on the timing for distributing their patches. We are also engaging closely with the Linux community on development of "return trampoline" (Retpoline) software mitigations. (Emphasis added).

66.     On that same day, during an interview with Yahoo Finance, Defendant Su confirmed news that its products were susceptible to Spectre vulnerabilities, stating: "to clarify, for Meltdown, AMD is not susceptible… we don't have a susceptibility to that variant. But with Spectre, AMD is susceptible."  Defendant Su continued: "[w]e will have some micro-code and

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

some updates with our software partners to ensure that [Spectre] Variant 2 is taken care of. We want to make sure these patches are rolled out as smoothly as possible. We did have an issue with some of the older processors with Microsoft and their patch. We're working on that in real-time, and we expect that to be cleared up very shortly."

67.     As one commentator noted, limited risk does not mean limited impact.[24] According to Tom Warren of *The Verge*, AMD isn't saying whether there will be any performance impacts from applying these firmware updates, nor whether servers using EPYC processors will be greatly impacted or not." While the absence of vulnerability to Meltdown spared AMD somewhat, Warren continued, "[i]t's becoming increasingly clear that Spectre variant 2 is pushing vendors to ready firmware updates . . . now AMD is issuing its own firmware updates."

68.     On this news, AMD's share price fell $0.12 or 0.99%, to close at $12.02 on January 12, 2018. As a direct and proximate result of Defendants' wrongful acts and omissions, and the decline in the market value of the Company's common shares, Plaintiffs and other Class members have suffered significant losses and damages.

**DEFENDANTS' DUTY TO DISCLOSE**

69.     Defendants were duty bound to disclose the truth about known security concerns for AMD's processors when speaking on that subject. Before and throughout the Class Period, Defendants made a series of statements regarding the security risks to AMD's processors. Having disclosed such risks, Defendants were duty bound to disclose that the risks in question had already materialized. Defendants had a duty to disclose material facts necessary to make their statements not misleading. By omitting information about the Spectre vulnerability, Variants One and Two,

---

[24] https://www.theverge.com/2018/1/11/16880922/amd-spectre-firmware-updates-ryzen-epyc

1
2

in the context of disclosing the risks related to security vulnerabilities, Defendants created an

impression of a state of affairs that differed in a material way from the one that actually existed.

3

## PLAINTIFF'S CLASS ACTION ALLEGATIONS

4

5

70.     Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil

6

Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or

7

otherwise acquired AMD common shares traded on the NASDAQ during the Class Period (the

8

"Class"); and were damaged upon the revelation of the alleged corrective disclosures. Excluded

9

from the Class are Defendants herein, the officers and directors of the Company, at all relevant

10

times, members of their immediate families and their legal representatives, heirs, successors or

11

assigns and any entity in which Defendants have or had a controlling interest.

12

13

71.     The members of the Class are so numerous that joinder of all members is

14

impracticable. Throughout the Class Period, AMD common shares were actively traded on the

15

NASDAQ. While the exact number of Class members is unknown to Plaintiffs at this time and

16

can be ascertained only through appropriate discovery, Plaintiffs believe that there are hundreds

17

or thousands of members in the proposed Class. Record owners and other members of the Class

18

19

may be identified from records maintained by AMD or its transfer agent and may be notified of

20

the pendency of this action by mail, using the form of notice similar to that customarily used in

21

securities class actions.

22

72.     Plaintiffs' claims are typical of the claims of the members of the Class as all

23

members of the Class are similarly affected by Defendants' wrongful conduct in violation of

24

federal law that is complained of herein.

25

26

27

28

73.     Plaintiffs will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiffs have no interests antagonistic to or in conflict with those of the Class.

74.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

- whether the federal securities laws were violated by Defendants' acts as alleged herein;

- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the financial condition, business, operations, and management of AMD;

- whether Defendants caused AMD to issue false and misleading financial statements during the Class Period;

- whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;

- whether the prices of AMD securities during the Class Period were artificially inflated because of Defendants' conduct complained of herein; and

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

75.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

76.     Common questions of law and fact predominate over individual issues. In particular, with respect to reliance, Plaintiffs will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

- the omissions and misrepresentations were material;

- AMD common shares are traded in efficient markets;

- the Company's shares were liquid and traded with moderate to heavy volume during the Class Period;

- the Company traded on the NASDAQ, and was covered by multiple analysts;

- the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's common shares; and

- Plaintiffs and members of the Class purchased and/or sold AMD common shares between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

77.     Based upon the foregoing, Plaintiffs and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

78.     Alternatively, Plaintiffs and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

# CLAIMS FOR RELIEF

## COUNT I
### Violation of Section 10(b) of the Exchange Act and Rule 10b-5
### Against All Defendants

79.    Plaintiffs repeat and reallege each and every allegation contained above as if fully set forth herein.

80.    This Count is asserted against AMD and the Individual Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

81.    During the Class Period, AMD and the Individual Defendants, individually and in concert, directly or indirectly, disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

82.    AMD and the Individual Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

- employed devices, schemes and artifices to defraud;

- made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

- engaged in acts, practices and a course of business that operated as a fraud or deceit upon Plaintiffs and others similarly situated in connection with their purchases of AMD common shares during the Class Period.

83.    AMD and the Individual Defendants acted with scienter in that they knew that the public documents and statements issued or disseminated in the name of AMD were materially false and misleading; knew that such statements or documents would be issued or disseminated

32

to the investing public; and knowingly and substantially participated, or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the securities laws. These Defendants by virtue of their receipt of information reflecting the true facts of AMD, their control over, and/or receipt and/or modification of AMD allegedly materially misleading statements, and/or their associations with the Company which made them privy to confidential proprietary information concerning AMD, participated in the fraudulent scheme alleged herein.

84.     Individual Defendants, who are the senior officers and/or directors of the Company, had actual knowledge of the material omissions and/or the falsity of the material statements set forth above, and intended to deceive Plaintiffs and the other members of the Class, or, in the alternative, acted with reckless disregard for the truth when they failed to ascertain and disclose the true facts in the statements made by them or other AMD personnel to members of the investing public, including Plaintiffs and the Class.

85.     As a result of the foregoing, the market price of AMD common shares was artificially inflated during the Class Period. In ignorance of the falsity of AMD's and the Individual Defendants' statements, Plaintiffs and the other members of the Class relied on the statements described above and/or the integrity of the market price of AMD common shares during the Class Period in purchasing AMD common shares at prices that were artificially inflated as a result of AMD's and the Individual Defendants' false and misleading statements.

86.     Had Plaintiffs and the other members of the Class been aware that the market price of AMD common shares had been artificially and falsely inflated by AMD's and the Individual Defendants' misleading statements and by the material adverse information which AMD's and the Individual Defendants did not disclose, they would not have purchased AMD's common shares at the artificially inflated prices that they did, or at all.

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

87.     As a result of the wrongful conduct alleged herein, Plaintiffs and other members of the Class have suffered damages in an amount to be established at trial.

88.     By reason of the foregoing, AMD and the Individual Defendants have violated Section 10(b) of the 1934 Act and Rule 10b-5 promulgated thereunder and are liable to the Plaintiffs and the other members of the Class for substantial damages which they suffered in connection with their purchase of AMD common shares during the Class Period.

**COUNT II**
**Violation of Section 20(a) of the Exchange Act**
**<u>Against the Individual Defendants</u>**

89.     Plaintiffs repeat and reallege each and every allegation contained above as if fully set forth herein.

90.     During the Class Period, the Individual Defendants participated in the operation and management of AMD, and conducted and participated, directly and indirectly, in the conduct of AMD's business affairs. Because of their senior positions, they knew the adverse non-public information regarding the Company's inadequate internal safeguards in data security protocols.

91.     As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to AMD's financial condition and results of operations, and to correct promptly any public statements issued by AMD which had become materially false or misleading.

92.     Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which AMD disseminated in the marketplace during the Class Period. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause AMD to

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of

93.     AMD within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of AMD common shares.

94.     By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by AMD.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment against Defendants as follows:

A.     Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiffs as the Class representatives;

B.     Requiring Defendants to pay damages sustained by Plaintiffs and the Class by reason of the acts and transactions alleged herein;

C.     Awarding Plaintiffs and the other members of the Class prejudgment and post-judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D.     Awarding such other and further relief as this Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demand a trial by jury.

Dated:   August 3, 2018                        Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ *Laurence M. Rosen*

Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

1

2

and

3

Jacob A. Goldberg, Esq.
David Dean, Esq.
101 Greenwood Avenue, Suite 440
Jenkintown, PA  19046
Telephone: (215) 600-2817
Email: jgoldberg@rosenlegal.com
        ddean@rosenlegal.com

*Lead Counsel for Lead Plaintiffs and Class*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

**CERTIFICATE OF SERVICE**

I, Jacob A. Goldberg, hereby declare under penalty of perjury as follows:

On August 3, 2018, I electronically filed the following AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on August 3, 2018.

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS