**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Lead Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYUN KIM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC., LISA T. SU and DEVINDER KUMAR,<br><br>Defendants. | Case No.: 5:18-cv-00321-EJD<br><br>**CLASS ACTION**<br><br>**NOTICE OF INTENT NOT TO FILE AN AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that Lead Plaintiffs Darrel Dagdigian and Howard Clark do not intend to file an amended complaint in this action as provided in the Court's May 23, 2019 Order, dismissing the case with leave to amend (ECF No. 54).

Respectfully submitted,

Dated: June 13, 2019       **THE ROSEN LAW FIRM, P.A.**

/s/ *Jacob A. Goldberg*
Laurence M. Rosen (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel: (213) 785-2610
Fax: (213) 226-4684
lrosen@rosenlegal.com

and

Jacob A. Goldberg
David P. Dean
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Tel: (215) 600-2817
Fax: (212) 202-3827
jgoldberg@rosenlegal.com
ddean@rosenlegal.com

*NOTICE OF INTENT NOT TO FILE AN AMENDED COMPLAINT*

## **CERTIFICATE OF SERVICE**

I, Jacob A. Goldberg, hereby declare under penalty of perjury as follows:

On June 13, 2019, I electronically filed the following NOTICE OF INTENT NOT TO FILE AN AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record. Executed on June 13, 2019.

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg