UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOYUN KIM,

    Plaintiff,

v.

ADVANCED MICRO DEVICES, INC., et al.,

    Defendants.

Case No. 5:18-cv-00321-EJD

**JUDGMENT**

Re: Dkt. Nos. 54, 55

On May 23, 2019, the Court granted Defendants' Motion to Dismiss Consolidated Amended Complaint with leave to amend. Dkt. No. 54. On June 13, 2019, Lead Plaintiffs filed notice that they do not intend to amend the complaint. Dkt. No. 55. Accordingly the above-titled action is dismissed with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 14, 2019

EDWARD J. DAVILA
United States District Judge